UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE VANDERHALL,

    Petitioner,

v.                                                                          Case No. 3:14cv610/LC/CJK

OFFICE OF ATTORNEY GENERAL
FOR THE STATE OF FLORIDA

    Respondent.
_____/

REPORT AND RECOMMENDATION

This petition for writ of mandamus is before the court on petitioner's motion to dismiss (doc. 11). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That petitioner's Motion to Dismiss Writ of Mandamus (doc. 11) be GRANTED and this cause be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 31st day of March, 2015.

                                */s/ Charles J. Kahn, Jr.*
                                **CHARLES J. KAHN, JR.**
                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**