UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TYRONE VANDERHALL,**

    Petitioner,

v.                                    Case No. 3:14cv610/LC/CJK

**OFFICE OF ATTORNEY GENERAL
FOR THE STATE OF FLORIDA**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 31, 2015 (doc. 12). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's Motion to Dismiss Writ of Mandamus (doc. 11) is GRANTED and this cause is DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of May, 2015.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR U.S. DISTRICT JUDGE**